IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARREN LAMONT WILLIAMS, Individually, and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM VELOCITY AUTO, LLC,<br><br>Defendant. | NO. 3:23-cv-00901<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 20), seeking dismissal with prejudice of Plaintiff's claims against Defendant. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE